Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Larry Donald Wheeler | § | CASE NO. 08-70395-HDH-13 |
| AND | § | |
| Mary Jo Wheeler | § § § | Hearing on April 21, 2010 11:00a.m. |

NOTICE OF HEARING ON Motion For Discharge of Debtors Under Section 1328(b)

COME NOW Mary Jo Wheeler, Joint Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Debtor(s) Motion For Discharge of Debtors Under Section 1328(b) is set before the Honorable Judge Harlin D. Hale, at 11:00a.m., April 21, 2010, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

/s/Monte J. White, Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certified that on February 23, 2010, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

| | | |
|---|---|---|
| oel Matrix for local noticing<br>39-7<br>se 08-70395-hdh13<br>rthern District of Texas<br>chita Falls<br>e Feb 16 16:30:39 CST 2010 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Barclays Bank Delaware-Juniper<br>Attention: Customer Support Department<br>PO Box 8833<br>Wilmington, DE 19899-8833 |
| pital One Bank<br>tn: CO TSYS Debt Management<br>Box 5155<br>rcross, GA 30091-5155 | Direct Merchants Bank-HSBC<br>Attn: Bankruptcy Dept<br>PO Box 5246<br>Carol Stream, IL 60197-5246 | ECAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-0001 |
| nancial Control Srvc-Nanette Evans, MD<br>Box 21626<br>co, TX 76702-1626 | Financial Freedom Senior Funding Cor<br>7700 West Parmer Lane<br>Austin, TX 78729-8101 | Financial Freedom Senior Funding Corporati<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| nancial Freedom Senior Funding Corporation<br>McCalla Raymer, LLC<br>nkruptcy Department<br>44 Old Alabama Road<br>swell, Georgia 30076-2102 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | GEMB - Walmart<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 |
| MB-Lowes<br>tention: Bankruptcy<br>Box 103106<br>swell, GA 30076-9106 | GEMB-Lowes Dc<br>Attention: Bankruptcy Dept<br>PO Box 10467<br>Greenville, SC 29603-0467 | HSBC<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197-5213 |
| BC Auto Finance<br>O. BOX 201347<br>LINGTON, TX 76006-1347 | HSBC Auto Finance<br>PO Box 17906<br>San Diego, CA 92177-7906 | HSBC Auto Finance -f-k-a Household Auto Fi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| BC Auto Finance -f-k-a Household Auto Fina<br>O. Box 60130<br>ty Of Industry, CA 91716-0130 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | HSBC Bank Nevada and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-0001 |
| S Special Procedures<br>00 Commerce St., Room 951<br>il Stop 5029 DAL<br>llas, TX 75242-1001 | MERRICK BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| ntague CAD<br>Deaton-Assessor-Collector<br>Box 121<br>ntague, TX 76251-0121 | Montague County<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street Suit 1600<br>Dallas, TX 75201-2644<br>CO Sherrel K. Knighton | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 |
| CONA ISD & NOCONA HOSP DIST<br>PERDUE BRANDON FIELDER COLLINS & MOT<br>BOX 8188<br>CHITA FALLS TX 76307-8188 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Washington Mutual<br>POB 41067<br>NORFOLK VA 23541-1067 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

rizon Wireless
8 Grassmere Park, Ste 14
shville, TN 37211-3677

Washington Mutual - Providian
Attn: Bankruptcy Dept.
PO Box 10467
Greenville, SC 29603-0467

eCAST Settlement Corporation assignee of
Capital One Bank
POB 35480
Newark NJ 07193-0001


rry Donald Wheeler
6 Country Club Dr
:ona, TX 76255-9365

Mary Jo Wheeler
136 Country Club Dr
Nocona, TX 76255-9365

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301-5009


T U.S. Trustee
00 Commerce Street
om 976
llas, TX 75242-1011

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


)Montague County

(d)eCAST Settlement Corporation
POB 35480
Newark NJ 07193-0001

End of Label Matrix
Mailable recipients    37
Bypassed recipients     2
Total                  39